United States District Court
Southern District of Texas
**ENTERED**
July 08, 2022
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | | |
|---|---|---|
| MARY ANN ESHELMAN and REGINALD CLARK, Plaintiffs, | § § § § § § | CIVIL ACTION NO. 4:20-cv-03119 |
| vs. | § § § | JUDGE CHARLES ESKRIDGE |
| MPFP LLC, *et al*, Defendants. | § § | |

## ORDER ADOPTING
## MEMORANDUM AND RECOMMENDATION

Pending is a Memorandum and Recommendation by Magistrate Judge Christina A. Bryan dated June 22, 2022. Dkt 53. No party objected.

The district court reviews *de novo* those conclusions of a magistrate judge to which a party has specifically objected. See FRCP 72(b)(3) & 28 USC § 636(b)(1)(C); see also *United States v Wilson*, 864 F2d 1219, 1221 (5th Cir 1989, *per curiam*). The district court may accept any other portions to which there's no objection if satisfied that no clear error appears on the face of the record. See *Guillory v PPG Industries Inc*, 434 F3d 303, 308 (5th Cir 2005), citing *Douglass v United Services Automobile Association*, 79 F3d 1415, 1430 (5th Cir 1996, *en banc)*; see also FRCP 72(b) advisory committee note (1983).

No clear error appears upon review and consideration of the Memorandum and Recommendation, the record, and the applicable law.

The Memorandum and Recommendation of the Magistrate Judge is ADOPTED as the Memorandum and Order of this Court. Dkt 23.

The motion by Plaintiffs Mary Ann Eshelman and Reginald Clark for certification of a collective action and tolling of the statute of limitations in that regard is DENIED. Dkt 38.

SO ORDERED.

Signed on July 8, 2022, at Houston, Texas.

Hon. Charles Eskridge
United States District Judge